# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| JASON BEAUX EUGENE BENNETT,<br><br>      Plaintiff,<br><br>v.<br><br>OLMSTED COUNTY ADULT DETENTION CENTER<br><br>      Defendant. | Civil No. 18-2566 (JRT/BRT)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

Howard G. Jackson, 153 Emerson East, #204, West St. Paul, MN 55118, *pro se* plaintiff.

Stephen J. Christie, **ST PAUL CITY ATTORNEY,** 15 W Kellogg Boulevard, Suite 500, St Paul, MN 55102, for defendant David Ossell.

Magistrate Judge Becky R. Thorson filed a Report and Recommendation on January 10, 2019 (Docket No. 8). No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A.
2. The application to proceed in forma pauperis of plaintiff Jason Beaux Eugene Bennett [Docket No. 2] is **DENIED**.

Dated: January 29, 2019            s/John R. Tunheim
at Minneapolis, Minnesota       JOHN R. TUNHEIM
                                                 Chief Judge
                                                 United States District Court